JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAZARO TORRES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUNZL DISTRIBUTION MIDCENTRAL, INC.; BDMC ACQUISITION CORP.; BUNZL DISTRIBUTION INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:25-cv-06210-FMO-AGR<br><br>**ORDER GRANTING JOINT STIPULATION [41] TO REMAND CASE TO STATE COURT AND AMEND COMPLAINT**<br><br>Complaint Filed:  June 10, 2025<br>Removal Date:     July 9, 2025<br>District Judge Fernando M. Olguin<br>Magistrate Judge Alicia G. Rosenberg |

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT

## ORDER

Having considered the Joint Stipulation to Remand Case to State Court and Amend Complaint ("Stipulation") between Plaintiff Anthony Lazaro Torres ("Plaintiff") and Defendants Bunzl Distribution Midcentral, Inc, BDMC Acquisition Corp. and Bunzl Distribution, Inc. ("Defendants") (collectively, the "Parties"), and good cause appearing therefor, this Court hereby GRANTS the Parties' Stipulation in its entirety and ORDERS as follows

1. This action shall be remanded to Los Angeles County Superior Court;

2. Within ten (10) court days of remand, Plaintiff will file the First Amended Complaint attached as Exhibit A to the Stipulation; and

3. Each Party to bear its own attorneys' fees and costs with respect to the removal and subsequent remand of Plaintiff's Class Action pursuant to this stipulation and order.

**IT IS SO ORDERED.**

Dated: June 5, 2026                    _____/s/_____
                                        Hon. Fernando M. Olguin
                                        United States District Judge